UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | LA CV24-03727JAK (AGRx) | Date | July 1, 2024 |
|---|---|---|---|
| Title | Robert Hauffen v. Nissan North America Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson | Myra Ponce |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Roy Enav<br>Luis Serrano | Stephen Dye |

**Proceedings:** **PLAINTIFF ROBERT HAUFFEN'S MOTION TO REMAND AND REQUEST FOR ORDER TO SHOW CAUSE (DKT. 10)**

The motion hearing is held. The Court states its tentative views that it is inclined to **GRANT** Plaintiff's Motion for Remand and **DENY** Plaintiff's Request for Order to Show Cause. Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

The Court asks whether any further settlement efforts at this time would be productive. Counsel state that there are ongoing settlement efforts.

**IT IS SO ORDERED.**

|  | : | 41 |
|---|---|---|
| Initials of Preparer | TJ | |